**TEXAS COMPANY, a Corporation, and California Company, a Corporation, v. GOSSARD BREEDING ESTATES, Inc., a Corporation.**

**GOSSARD BREEDING ESTATES, Inc., a Corporation, v. TEXAS COMPANY, a Corporation, and California Company, a Corporation.**

Nos. 3495, 3502.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1948.

John P. Akolt and Erskine R. Myer, both of Denver, Colo., and Yates A. Land, of Tulsa, Okl., for Texas Co. et al.

Walter W. Blood, of Denver, Colo., and Addison M. Gooding, of Steamboat Springs, Colo., for Gossard Breeding Estates, Inc.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of district court, 76 F.Supp. 20, reversed and cause remanded pursuant to stipulation of the parties.

**John O'SULLIVAN, Appellant, v. Tighe E. WOODS, Acting Housing Expediter, Office of Housing Expediter, Appellee.**

No. 11691.

Circuit Court of Appeals, Ninth Circuit.

March 24, 1948.

Charles A. Christin and Thomas J. Keegan, both of San Francisco, Cal., for appellant.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, Litigation Branch, Nathan Siegel, Sp. Litigation Atty. Office of Housing Expediter, Office of Gen. Counsel, all of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Woods v. Stone, 68 S.Ct. 624.

**L. WALLACE and E. B. Landry, Partners, Doing Business as Fullerton Manufacturing Company, Appellants, v. WORLD FIRE & MARINE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a Corporation, Appellee.**

No. 11747.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1948.

Benjamin J. Goodman, of Los Angeles, Cal., for appellant.

W. W. Hindman and E. Eugene Davis, both of Los Angeles, Cal., for appellee.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion (70 F.Supp. 193), the judgment of the District Court is affirmed.